1  Jeffrey S. Kravitz (SBN 186209)
   KRAVITZ LAW OFFICE
2  2310 J Street Suite A
   Sacramento, CA 95816
3  Ph:  916-553-4072
   Fax: 916-553-4074
4  KravitzLaw@aol.com

5  Attorney for Plaintiff

6  Terence J. Cassidy (SBN 099180)
   Keith E. Nourot (SBN 221122)
7  PORTER, SCOTT, WEIBERG & DELEHANT
   350 University Ave. Suite 200
8  Sacramento, CA 95825
   Ph: 916-929-1481
9  Fax: 916-927-3706
   TCassidy@pswdlaw.com

10
   Attorney for Defendants   COUNTY OF SACRAMENTO (also sued as SACRAMENTO
11 COUNTY SHERIFF'S DEPARTMENT), SHERIFF LOU BLANAS and DEPUTY T. KOONTZ

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

| ROBERT RUSHING | Case No.:  CIV-S-04-0424 GEB GGH |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS, SHERIFF LOU BLANAS and SHERIFF'S DEPUTY T. KOONTZ |
| SACRAMENTO COUNTY et.al. | |
| Defendants | |
| | Complaint Filed: March 1, 2004 |
| | Trial Date: October 25, 2005 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff ROBERT RUSHING, Defendants SHERIFF LOU BLANAS and SHERIFF'S DEPUTY T. KOONTZ, by and through their undersigned counsel, that any and all claims against Defendants SHERIFF LOU BLANAS and SHERIFF'S DEPUTY T. KOONTZ, by and through their undersigned

counsel, that the claims by Plaintiff alleged against these Defendants be dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

KRAVITZ LAW OFFICE

Dated: July 29, 2005           By:   /s/ Jeff Kravitz
                                     Jeffrey S. Kravitz


PORTER, SCOTT, WEIBERG AND DELEHANT
A Professional Corporation

Dated: July 29, 2005           By:   /s/ KEITH E. NOUROT
                                     Terence J. Cassidy
                                     Keith E. Nourot
                                     Attorneys for Defendants
                                     COUNTY OF SACRAMENTO (also sued as SACRAMENTO COUNTY SHERIFF'S DEPARTMENT), SHERIFF LOU BLANAS and DEPUTY T. KOONTZ

* * * * * * *
**ORDER**

**IT IS SO ORDERED.**

DATED: August 2, 2005              /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge