1  Jeffrey S. Kravitz (SBN 186209)
   KRAVITZ LAW OFFICE
2  2310 J Street Suite A
   Sacramento, CA 95816
3  Ph:  916-553-4072
   Fax: 916-553-4074
4  KravitzLaw@aol.com

5  Attorney for Plaintiff

6  Terence J. Cassidy (SBN 099180)
   Keith E. Nourot (SBN 221122)
7  PORTER, SCOTT, WEIBERG & DELEHANT
   350 University Ave. Suite 200
8  Sacramento, CA 95825
   Ph: 916-929-1481
9  Fax: 916-927-3706
   TCassidy@pswdlaw.com
10
   Attorney for Defendants   COUNTY OF SACRAMENTO (also sued as SACRAMENTO
11 COUNTY SHERIFF'S DEPARTMENT), SHERIFF LOU BLANAS and DEPUTY T.
   KOONTZ
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

16 ROBERT RUSHING                     |  Case No.:  CIV-S-04-0424 GEB GGH

17             Plaintiff,             |  **STIPULATION AND ORDER FOR
                                      |  DISMISSAL OF DEFENDANT,**
18         vs.                        |  **SACRAMENTO COUNTY (also sued as
                                      |  SACRAMENTO COUNTY SHERIFF'S
19 SACRAMENTO COUNTY et.al.           |  DEPARTMENT)**

             Defendants

20
                                         Complaint Filed: March 1, 2004
21
                                         Trial Date: October 25, 2005
22

23  _____

24      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff ROBERT

25  RUSHING, Defendant COUNTY OF SACRAMENTO (also sued as SACRAMENTO

26  COUNTY SHERIFF'S DEPARTMENT) by and through their undersigned counsel, that any and

27  all claims against Defendant COUNTY OF SACRAMENTO (also sued as SACRAMENTO

28

1  COUNTY SHERIFF'S DEPARTMENT) by and through their undersigned counsel, that the

2  claims by Plaintiff alleged against this Defendant be dismissed with prejudice, pursuant to Rule

3  41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and

4  costs.

5

6                                        KRAVITZ LAW OFFICE

7

8  Dated: July 29, 2005              By:        /s/ Jeff Kravitz
                                               Jeffrey S. Kravitz

9

10                                       PORTER, SCOTT, WEIBERG AND DELEHANT

11                                       A Professional Corporation

12

13 Dated: July 29, 2005              By:    /s/ KEITH E. NOUROT
                                            Terence J. Cassidy

14                                          Keith E. Nourot
                                            Attorneys for Defendants

15                                          COUNTY OF SACRAMENTO (also sued as
                                            SACRAMENTO COUNTY SHERIFF'S

16                                          DEPARTMENT), SHERIFF LOU BLANAS and
                                            DEPUTY T. KOONTZ

17

18

19                                       * * * * * * *

                                            **ORDER**

20

21     **IT IS SO ORDERED.**

22

23 DATED:  August 2, 2005                  /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.

24                                          United States District Judge

25

26

27

28